# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JERRY LEE CROOK, JR.,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. 12-0013-CG-M |
| **ROBERT BENTLEY, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 4th day of April, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE